UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAMEAN MEADOWS                                           Case 1:25-cv-00009-JSR

                              Plaintiff,

                            against

EQUIFAX

                            Defendant.

-----------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)(A)(ii)

Plaintiff, DAMEAN MEADOWS, and Defendant, EQUIFAX, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiff against the Defendant in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear their own costs, expenses, and attorneys' fees.

Dated: March 18, 2025
                                    Respectfully submitted,

| April Forbes, Esq. | Forrest M. Seger, III, Esq. |
|---|---|
| April Forbes, P.C. | Clark Hill |
| Counsel for Plaintiff | Counsel for Defendant |
| P.O. Box 865 | 2301 Broadway |
| Hudson, New York 12534 | San Antonio, Texas 78215 |

SO ORDERED

_____
USDJ
3-24-25